UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

Pete Waseen, CV-01-1312 (JEL/RLE)

Plaintiff,

v.

**ORDER FOR JUDGMENT AND JUDGMENT**

Miller-Dwan Hospital and
Dr. Jayme Bork,

Defendants.

---

## ORDER FOR JUDGMENT

Based on the Stipulation between the parties,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice, on the merits, shall be entered without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Sept 24, 2002

**BY THE COURT:**

Joan E. Lancaster
United States District Court Judge

## JUDGMENT

I hereby certify that the above order constitutes the Judgment and Decree of this Court.

Dated:__________.

Clerk of Court

Attest: ________________

FILED SEP 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED SEP 24 2002
DEPUTY CLERK'S INITIALS________

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FIFTH DIVISION

Pete Waseen

CV-01-1312 ~~(PAM~~/RLE)
JEL

Plaintiff,

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Miller-Dwan Hospital and
Dr. Jayme Bork

Defendants.

---

Come now the parties to this action and stipulate that all claims, counterclaims and cross-claims by and between the parties in the above-entitled action may be dismissed with prejudice and without costs to any party.

DOWNS REYELTS LEIGHTON
BATEMAN & HYLDEN, Ltd.

Dated: 9/18/02

By: Steven W. Schneider
Steven W. Schneider #130795
Attorney for Defendants
700 Providence Building
Duluth,MN55802-1801
(218) 727-6833

Dated 18-Sept-02

By: Pete Waseen
Pete Waseen
Plaintiff Pro Se

FILED_________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_________
DEPUTY CLERK'S INITIALS_________